# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

     Claudia Hernandez

          Debtor(s)

Case No. 15-32715

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/25/2015.

2) The plan was confirmed on 11/20/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/21/2017.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,334.58 |
| Less amount refunded to debtor | $69.23 |
| **NET RECEIPTS:** | **$3,265.35** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,086.14 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $156.21 | |
| Other | $23.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,265.35** |

Attorney fees paid and disclosed by debtor:          $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | Unsecured | 1,900.00 | 1,818.02 | 1,818.02 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 956.00 | 956.10 | 956.10 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,300.00 | 739.02 | 739.02 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 800.00 | 511.20 | 511.20 | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 423.00 | 423.74 | 423.74 | 0.00 | 0.00 |
| FOX VALLEY CREDIT UNION | Unsecured | 17,121.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 163.72 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 240.00 | 211.45 | 211.45 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,000.00 | 840.76 | 840.76 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,280.00 | 2,826.81 | 2,826.81 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 487.00 | 534.63 | 534.63 | 0.00 | 0.00 |
| GRANT AND WEBER/ST JOSEPH HOS | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| ICS/RADIOLOGY IMAGING SPECIALIS | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY/SIX FLAGS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AURORA BURLINGTON CU | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEALTH MEDICAL GROUP | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CHOICE REC/WOMEN FOR WOMEN ( | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK CORP HEADQUARTERS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| QC HOLDINGS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ROGER SIENKIEWICZ DDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SURETY FIN | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CHICAGO RIDGE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF PALOS HEIGHTS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VNA HEALTHCARE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$8,861.73** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,265.35 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,265.35** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/03/2017                    By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**